# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JAMES RYAN RODGERS,                                                                                    PLAINTIFF
ADC #109916

v.                                      NO. 4:07CV00106 JLH

WHITE COUNTY DETENTION
CENTER, et al.                                                                                         DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge H. David Young. After a review of those proposed findings and recommendations and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendants have judgment against plaintiff and that plaintiff's complaint is dismissed with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 19th day of December, 2007.

_____
UNITED STATES DISTRICT JUDGE